

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2014

No. 04-14-00407-CR

Roland A. **ALVARADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 354155
Honorable Scott Roberts, Judge Presiding

# O R D E R

In response to this court's order, appellant has filed proof that the reporter's fee for preparation of the record was paid in full on June 26, 2014. The court reporter previously filed a notice stating the record could be filed two weeks after the fee was paid.

We therefore **order** Tonya Thompson to file the reporter's record by **July 11, 2014**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court